COUCH PATENTS CO. v. NEW YORK WOVEN WIRE MATTRESS CO. (Circuit Court, S. D. New York. May 23, 1907.) Action in equity to restrain alleged infringement of claims 1 to 8, inclusive, and claim 12, of United States letters patent No. 712,718, to Adrian de Piniec-Mallet, dated November 4, 1902, for extensible bedstead or couch. Charles Neave and Linzee Blagden, for complainant. Roberts & Mitchell and Charles C. Gill (Odin Roberts, of counsel), for defendant.

RAY, District Judge. On the whole, and in view of the prior art, I am satisfied of the validity of the claims of the patent in suit, and that defendant infringes. Anticipation is not established. There will be a decree for complainant, with costs.

LOONEN v. DEITSCH et al. (Circuit Court, S. D. New York. April 10, 1907.) In Equity. On demurrer to bill. Goepel & Goepel, for complainant. Joseph H. Levy, for defendants.

HAZEL, District Judge. The demurrer to the bill on the grounds that it does not affirmatively allege that the complainant complied with the requirements of Act Feb. 20, 1905, c. 592, 33 Stat. 724 [U. S. Comp. St. Supp. 1905, p. 667], relating to registration of trade-marks, and that it does not allege any date of adoption and use of the trade-mark in suit in the United States, is overruled, with costs. Defendants may answer within 20 days.